UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEARCH WARRANT | No.: 22-SW-008-LDA |
| | Filed Under Seal |

## MOTION TO SEAL

The United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, moves that this Motion to Seal and the attached documents (including Search Warrant, Application, Affidavit in Support and all attachments) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*/s/ Zechariah Chafee*

ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: DBarton@usa.doj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
U.S. MAGISTRATE COURT JUDGE
DATE: _____