UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE SEARCH WARRANT

Misc. No. 22-SW-008-LDA

## MOTION TO UNSEAL

In the above matter, the Government moves that the Application for Search Warrant, Search Warrant, and Affidavit and Attachments be unsealed in the above matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

RICHARD B. MYRUS
Acting United States Attorney

_____
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

Dated: _____